UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-119-D

| UNITED STATES OF AMERICA | ORDER TO SEAL |
| --- | --- |
| v. | |
| ROBERT LEE STROTHER<br>a/k/a "Ratchet" | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 97 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __3__ day of _May_, 2024.

_____
JAMES C. DEVER III
United States District Judge